UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:15-cv-23702-XXXX

BERNARD BAUER,

        Plaintiff,

vs.

VOLKSWAGEN GROUP OF AMERICA, INC.,

        Defendant.
_____/

**UNOPPOSED MOTION TO STAY ALL PROCEEDINGS PENDING
JUDICIAL PANEL FOR MULTIDISTRICT LITIGATION HEARING,
COMBINED MEMORANDUM AND CERTIFICATION OF COUNSEL**

      The Defendant, VOLKSWAGEN GROUP of AMERICA, INC. ("VWGoA"), hereby files this Unopposed Motion to Stay these proceedings, and Combined Memorandum, Pending the Judicial Panel for Multidistrict Litigation ("JPML") decision on the subject case being included in the overall MDL proceedings. Plaintiff's attorneys have been conferred with, and they do not oppose this motion.

      For the Court's information, the JPML will consider centralizing cases, including cases like this one, as part of MDL No. 2672, "*In Re: Volkswagen 'Clean Diesel' Marketing, Sales Practices and Products Liability Litigation*." The JPML will hear Motions to certify the cases for MDL handling, and will select the jurisdiction where the MDL federal cases will be transferred. That hearing is already scheduled for December 3, 2015 in New Orleans, Louisiana. Mr. Bauer's counsel has entered an appearance in the MDL.

      This Court has inherent power to grant a Stay as part of its ability to manage pre-trial activities of cases before it. *See Chrysler Int'l Corp. v. Chenaly*, 280 F.3d 1358, 1360 (11th Cir.

2002). Accordingly, the Defendant asks the Court to enter an Order Staying all proceedings until the JPML grants or denies centralization and transfer.

Local Rule 7.1(a)(3) Certification

It is certified to the Court that counsel for Plaintiff and Defendant have conferred on this matter, and the Plaintiff does not object to this motion.

WHEREFORE, the Court is requested to enter an Order Staying all proceedings in this case as set forth above.

Dated:  October 13, 2015         Respectfully submitted,

*s/ Michael D. Begey*
LARRY M. ROTH, ESQUIRE
Florida Bar No. 0208116
E-mail:  lroth@rumberger.com
Secondary email: docketingorlando@rumberger.com;
lrothsecy@rumberger.com
MICHAEL D. BEGEY, ESQUIRE
E-mail:  mbegey@rumberger.com
Secondary email:  mbegeysecy@rumberger.com
Florida Bar No. 0120928
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Post Office Box 1873
Orlando, Florida  32802-1873
Telephone:  (407) 872-7300
Telecopier:  (407) 841-2133

JEFFREY L. CHASE, ESQUIRE
jchase@herzfeld-rubin.com
*Pro Hac Vice* Motion to be Filed If Necessary
MICHAEL B. GALLUB, ESQUIRE
mgallub@herzfeld-rubin.com
*Pro Hac Vice* Motion to be Filed If Necessary
HERZFELD & RUBIN, P.C.
125 Broad Street
New York, New York 10004
Telephone:     (212) 471-8500
Telecopier:     (212) 344-3333

        Attorneys for Defendant,
        VOLKSWAGEN GROUP of AMERICA, INC.

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronically filing with the Clerk of the Court using CM/ECF on October 13, 2015, on all counsel or parties of record on the Service List below.

        *s/ Michael D. Begey*
        LARRY M. ROTH, ESQUIRE
        Florida Bar No. 0208116
        E-mail:  lroth@rumberger.com
        Secondary email: docketingorlando@rumberger.com;
        lrothsecy@rumberger.com
        MICHAEL D. BEGEY, ESQUIRE
        E-mail:  mbegey@rumberger.com
        Secondary email:  mbegeysecy@rumberger.com
        Florida Bar No. 0120928
        RUMBERGER, KIRK & CALDWELL
        A Professional Association
        Lincoln Plaza, Suite 1400
        300 South Orange Avenue (32801)
        Post Office Box 1873
        Orlando, Florida  32802-1873
        Telephone:  (407) 872-7300
        Telecopier:  (407) 841-2133

        JEFFREY L. CHASE, ESQUIRE
        jchase@herzfeld-rubin.com
        *Pro Hac Vice* Motion to be Filed If Necessary
        MICHAEL B. GALLUB, ESQUIRE
        mgallub@herzfeld-rubin.com
        *Pro Hac Vice* Motion to be Filed If Necessary
        HERZFELD & RUBIN, P.C.
        125 Broad Street
        New York, New York 10004
        Telephone:  (212) 471-8500
        Telecopier:  (212) 344-3333

        Attorneys for Defendant,
        VOLKSWAGEN GROUP of AMERICA, INC.

## SERVICE LIST

William F. Cash, III
Email:  bcash@levinlaw.com
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY &
PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone:  (850) 435-7059
Attorneys for Plaintiff

8382539.1