UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:15-cv-23702-XXXX

BERNARD BAUER,

    Plaintiff,

vs.

VOLKSWAGEN GROUP OF AMERICA, INC.,

    Defendant.
_____/

**ORDER STAYING CASE PENDING
TRANSFER TO MULTIDISTRICT LITIGATION**

THIS CAUSE having come on to be heard upon a Consent Motion filed by Defendant, VOLKSWAGEN GROUP OF AMERICA, INC., with the consent of the Plaintiff's attorneys that this action and all its proceedings be stayed pending the decision by the Judicial Panel on Multidistrict Litigation which will decide on December 3, 2015, or shortly thereafter whether the present case will be designated as part of "MDL No. 2672 "*In Re: Volkswagen 'Clean Diesel' Marketing, Sales, Practices and Product Liability Litigation*."  The Court being otherwise fully advised in all the premises, it is hereby

ORDERED AND ADJUDGED that all proceedings in this action are hereby stayed pending the decision by the Joint Panel on Multidistrict Litigation concerning the transfer of the instant case into the Multidistrict Litigation.

DONE AND ORDERED this ___ day of October, 2015.

                                                  _____
                                                UNITED STATES DISTRICT JUDGE

Copies to:
William F. Cash, III, Esquire                            Larry M. Roth, Esquire

| | |
|---|---|
| Email:  bcash@levinlaw.com<br>MITCHELL RAFFERTY & PROCTOR<br>316 South Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Telephone:  (850) 435-7059<br>Facsimile:   (850) 435-7020<br>Attorneys for Plaintiffs | Email:  lroth@rumberger.com<br>            lrothsecy@rumberger.com<br>            docketingorlando@rumberger.com<br>Michael D. Begey<br>Email:  mbegey@rumberger.com<br>            mbegeysecy@rumberger.com<br>RUMBERGER, KIRK & CALDWELL<br>A Professional Association<br>Lincoln Plaza, Suite 1400<br>300 South Orange Avenue (32801)<br>Post Office Box 1873<br>Orlando, Florida  32802-1873<br>Telephone:  (407) 872-7300<br>Telecopier:  (407) 841-2133<br>Attorneys for Defendant, VOLKSWAGEN GROUP OF AMERICA, INC. |

2

8382559.1