

**LEVIN•PAPANTONIO**
**THOMAS•MITCHELL**
**RAFFERTY&PROCTOR•P.A.**
PROFESSIONAL CORPORATION          ATTORNEYS AT LAW

| KIMBERLY LAMBERT ADAMS | MARTIN H. LEVIN | MARK J. PROCTOR | ROBERT F. KENNEDY, JR. |
| BRIAN H. BARR | MEGAN M. McBRIDE | TROY A. RAFFERTY | (LICENSED ONLY IN NEW YORK) |
| MICHAEL C. BIXBY | NEIL E. McWILLIAMS, JR. | MATTHEW D. SCHULTZ | ROBERT M. LOEHR |
| M. ROBERT BLANCHARD | CLAY MITCHELL | W. CAMERON STEPHENSON | PAGE A. POERSCHKE |
| BRANDON L. BOGLE | R. LARRY MORRIS | LEO A. THOMAS | (LICENSED ONLY IN ALABAMA) |
| WESLEY A. BOWDEN | PETER J. MOUGEY | BRETT VIGODSKY | A. RENEE PRESTON |
| VIRGINIA M. BUCHANAN | DANIEL A. NIGH | AARON L. WATSON | |
| WILLIAM F. CASH III | TIMOTHY M. O'BRIEN | | LEFFERTS L. MABIE, JR. (1925-1996) |
| RACHAEL R. GILMER | MIKE PAPANTONIO | OF COUNSEL: | D.L. MIDDLEBROOKS (1926-1997) |
| BEN W. GORDON, JR. | CHRISTOPHER G. PAULOS | | DAVID H. LEVIN (1928-2002) |
| TRAVIS P. LEPICIER | EMMIE J. PAULOS | LAURA S. DUNNING | STANLEY B. LEVIN (1938-2009) |
| FREDRIC G. LEVIN | ROBERT E. PRICE | (LICENSED ONLY IN ALABAMA) | |

October 7, 2015

**William F. Cash III**
Phone: 850-435-7059
bcash@levinlaw.com

Clerk of Court
U.S. District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

  **Re:**   ***Bernard Bauer v. Volkswagen Group of America, Inc.***
     **No. 1:15-cv-23702**

Dear Clerk:

  Please find enclosed a courtesy copy of the following documents that were filed at the Judicial Panel on Multidistrict Litigation.

- Notice of Related Action by Plaintiff Bernard Bauer
- Schedule of Related Actions
- Proof of Service
- Docket Report and Complaint

I thank you for your time and attention to this notice.

     Sincerely,

     /s/ William F. Cash III

     WILLIAM F. CASH III

Enclosure

**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| In re: **VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION** | MDL No. 2672 |

### NOTICE OF RELATED ACTION
### BY PLAINTIFF BERNARD BAUER

Plaintiff Bernard Bauer now gives notice of his action, which is related to the other actions in this proposed MDL. That action is *Bauer v. Volkswagen Group of America, Inc.*, No. 1:15-cv-23702 (S.D. Fla.). The docket sheet and complaint are attached as an exhibit.

Respectfully submitted,

Dated: October 7, 2015

/s/ William F. Cash III

William F. Cash III (Fla. Bar No. 68443)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, Florida 32502
Phone:    (850) 435-7059
Fax:        (850) 435-7020
bcash@levinlaw.com

*Attorney for Plaintiff Bernard Bauer*

## SCHEDULE OF RELATED ACTIONS

- *Bauer v. Volkswagen Group of America, Inc.*, No. 1:15-cv-23702 (S.D. Fla.).

### PROOF OF SERVICE

I certify that this *Notice of Related Action by Plaintiff Bernard Bauer* will be

served on all other parties to MDL No. 2672 by operation of the Panel's CM/ECF

system. This notice will also be sent to the Clerk of the District Court for the

Southern District of Florida.

/s/ William F. Cash III
William F. Cash III