UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:15-cv-23702-XXXX

BERNARD BAUER,

    Plaintiff,

vs.

VOLKSWAGEN GROUP OF AMERICA, INC.,

    Defendant.
_____/

## DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.'S NOTICE OF APPEARANCE

Defendant Volkswagen Group of America, Inc. hereby gives notice of the appearance of the firm of RUMBERGER, KIRK & CALDWELL, A Professional Association, and Larry M. Roth as its counsel herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by electronically filing with the Clerk of the Court using CM/ECF on October 14, 2015, on all counsel or parties of record on the Service List below.

                                                        *s/ Larry M. Roth*
                                                        LARRY M. ROTH, ESQUIRE
                                                        Florida Bar No. 0208116
                                                        E-mail: lroth@rumberger.com
                                                        Secondary email: docketingorlando@rumberger.com;
                                                        lrothsecy@rumberger.com
                                                        MICHAEL D. BEGEY, ESQUIRE
                                                        E-mail: mbegey@rumberger.com
                                                        Secondary email: mbegeysecy@rumberger.com
                                                        Florida Bar No. 0120928
                                                        RUMBERGER, KIRK & CALDWELL
                                                        A Professional Association
                                                        Lincoln Plaza, Suite 1400
                                                        300 South Orange Avenue (32801)

        Post Office Box 1873
        Orlando, Florida  32802-1873
        Telephone:  (407) 872-7300
        Telecopier:  (407) 841-2133

        JEFFREY L. CHASE, ESQUIRE
        jchase@herzfeld-rubin.com
        *Pro Hac Vice* Motion to be Filed If Necessary
        MICHAEL B. GALLUB, ESQUIRE
        mgallub@herzfeld-rubin.com
        *Pro Hac Vice* Motion to be Filed If Necessary
        HERZFELD & RUBIN, P.C.
        125 Broad Street
        New York, New York 10004
        Telephone:     (212) 471-8500
        Telecopier:     (212) 344-3333

        Attorneys for Defendant,
        VOLKSWAGEN GROUP of AMERICA, INC.

## **SERVICE LIST**

William F. Cash, III
Email:  bcash@levinlaw.com
MITCHELL RAFFERTY & PROCTOR
316 South Baylen Street, Suite 600
Pensacola, FL 32502
Telephone:  (850) 435-7059
Facsimile:     (850) 435-7020
Attorneys for Plaintiff

8378465.1